IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 12-00130-CG |
| | ) | |
| DAVID R. BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AMENDING JUDGMENT IN A CRIMINAL CASE

This matter comes before this Court on the United States' Motion to Amend Judgment to Correct Clerical Error in a Criminal Case (Doc. 47). The Court, having considered the motion, finds that it is due to be **GRANTED**. It is **ORDERED** that the Judgment in this case is amended as follows:

1. The Heirs of Gloria Johnson shall be replaced by:

   a. Lakailyn Johnson, Heir of Gloria Johnson, restitution in the amount of $495.75; and,

   b. Lashundra Cook, Heir of Gloria Johnson, restitution in the amount of $495.75.

**DONE and ORDERED** this 15th day of September, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE